# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE A. GRAHAM, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> BEN CURRY, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No. C 06-7313 CRB (PR) <br><br> ORDER |

Petitioner has filed a notice of appeal and request for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b), following the court's May 20, 2008 order denying on the merits his petition for a writ of habeas corpus.

A COA is denied as unnecessary. The Ninth Circuit has made clear that a state prisoner challenging a parole board's administrative decision to deny his request for parole need not obtain a COA. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005).

The clerk shall process the appeal.

SO ORDERED.

DATED: June 10, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.06\Graham1.coa.wpd